# UNITED STATES DISTRICT COURT
for the
District of Oregon

| United States of America | ) |
| :---: | :--- |
| v. | ) |
|  | ) Case No. 3:23-mj-00084 |
|  | ) |
|  | ) **SEALED** |
| Chesley Queahpama Yahtin, III | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __April 23-24, 2023__ in the county of __Jefferson__ in the District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |
| 18 U.S.C. § 2243(a)(1) | Sexual Abuse of a Minor |

This criminal complaint is based on these facts:

See Attached Affidavit of FBI Special Agent Oliver

☑ Continued on the attached sheet.

By telephone
_____
*Complainant's signature*

FBI Special Agent John Nicholas Oliver
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at __2:05pm__ a.m./p.m.

Date: 4/28/2023

*/s/ Stacie F. Beckerman*
*Judge's signature*

City and state: Portland, Oregon    HON. STACIE F. BECKERMAN, U.S. Magistrate Judge
*Printed name and title*